# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| THINKTANK ONE RESEARCH, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | Case No. _____ |
| PROMARK INTERNATIONAL, INC., | § | |
| DOT LINE CORP., and THE CAMERA SHOP | § | |
| | § | **JURY TRIAL DEMANED** |
| *Defendants*. | § | |
| | § | |
| | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff ThinkTank One Research, LLC ("ThinkTank") brings this action against Promark International, Inc. ("Promark"), Dot Line Corp. ("DLC") and The Camera Shop ("TCS"), alleging, based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows:

## PARTIES

1. ThinkTank is a company organized and existing under the laws of Texas, with a principal place of business within this judicial district at 555 Republic Drive, 2nd Floor, Plano, Texas 75074. The founders of ThinkTank are pioneering designers of lighting equipment used in the motion picture, video and still photographic industries, and have been awarded multiple innovation honors, including the prestigious Emmy® Award for their Light Emitting Diode ("LED") based technologies. Unfortunately, ThinkTank's founders/inventors have also experienced widespread unauthorized use of their patented LED photographic lighting inventions.

2. On information and belief, Defendant Promark is a corporation organized and existing under the laws of Illinois, having a principal place of business at 268 Humbracht Cir

Bartlett, Illinois 60103. Promark manufacturers and/or sells Light Emitting Diode equipment including, but not limited to, Dot Line/DLC, RPS Studio, Cool-Lux, and Quantum branded products. Additional information on Defendant Promark is located at www.promarkbrands.com.

3.     On information and belief, Defendant DLC has recently merged and/or affiliated itself with Defendant Promark, and is now organized and existing under the laws of Illinois, with a principal place of business at 268 Humbracht Cir Bartlett, Illinois 60103.

4.     On information and belief, Defendant TCS is a business entity existing under the laws of Texas, having a place of business within this judicial district at 405-J West Loop 281, Longview Texas 75605, and is an authorized dealer for Promark's DLC-branded products.

## JURISDICTION AND VENUE

5.     This is an action for patent infringement arising under the provisions of the Patent Laws of the United States of America, Title 35, United States Code.

6.     Subject-matter jurisdiction over ThinkTank's claims is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338(a).

7.     On information and belief, each Defendant has solicited business in the State of Texas, transacted business within the State of Texas and/or attempted to derive financial benefit from residents of the State of Texas, including benefits directly related to the instant patent infringement cause of action set forth herein.

8.     Each Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendants' substantial business in this District, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District. In addition, at least up to its recent affiliation with Defendant Promark, Defendant DLC

has had a long history of operating its business in Texas, including Dallas-based warehousing and shipping of Dot Line/DLC branded products. Furthermore, according to the Texas Secretary of State: 1) Defendant DLC has recently filed a Texas Franchise Tax Public Information Report signed by Promark's President [on April 22, 2014]; 2) DLC remains formally registered to do business within the State of Texas [as of Dec. 26th, 2014]; and 3) DLC can be served via its Registered Agent Walter Reeves III, located at 2982 Congressman Lane, Dallas, TX 75220.

9. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b).

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,299,726

10. On October 30, 2012, U.S. Patent No. 8,299,726 ("the '726 patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Omni Voltage Direct Current Power Supply," (attached hereto as Exhibit A).

11. ThinkTank is the owner of the '726 patent with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '726 patent against infringers, and to collect damages for all relevant times.

12. Defendants Promark, DLC, and TCS, directly and/or via intermediaries, made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems (including, but not limited to,, DLC-branded LED Camera Lights) that are covered by one or more claims of the '726 patent. Specifically, each of Defendants' accused products and/or systems includes a dimmable power supply and falls within the scope of one or more claims of the '726 patent either literally or under the doctrine of equivalents.

13. Defendants have and are directly infringing the '726 patent.

14. Defendants will continue to infringe the '726 patent by making, selling, and/or

using Light Emitting Diode based equipment that embodies the patented invention unless enjoined by this Court.

## PRAYER FOR RELIEF

Plaintiff ThinkTank requests that the Court find in its favor and against Defendants, and that the Court grant Plaintiff the following relief:

A. Judgment that one or more claims of the '726 patent has been infringed, either literally and/or under the doctrine of equivalents, by Defendants and/or all others acting in concert therewith;

B. Each Defendant account for and pay to ThinkTank all damages caused by its infringement of the '726 patent in accordance with 35 U.S.C. § 284;

C. ThinkTank be granted permanent injunctive relief pursuant to 35 U.S.C. § 283 enjoining each Defendant, its officers, agents, servants, employees and those persons in active concert or participation with them from further acts of patent infringement;

D. ThinkTank be granted pre-judgment and post-judgment interest on the damages caused to it by reason of each Defendant's patent infringement complained of herein; and,

E. ThinkTank be granted such other and further relief as the Court may deem just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff ThinkTank hereby demands a trial by jury for all issues in this case.

Respectfully submitted,

Dated:   January 8, 2015                    By:      /s/ Frederick G. Michaud
                                                     Frederick G. Michaud
                                                     Capshaw DeRieux, LLP
                                                     1710 Swann Street, NW
                                                     Washington, DC 20009
                                                     DC Bar No. 177,675
                                                     fmichaud@capshawlaw.com
                                                     (202)251-2975

                                                     S. Calvin Capshaw
                                                     State Bar No. 03783900
                                                     ccapshaw@capshawlaw.com
                                                     Elizabeth L. DeRieux
                                                     State Bar No. 05770585
                                                     ederieux@capshawlaw.com
                                                     D. Jeffrey Rambin
                                                     State Bar No. 00791478
                                                     jrambin@capshawlaw.com
                                                     Capshaw DeRieux, LLP
                                                     114 E. Commerce Ave.
                                                     Gladewater, TX 75647
                                                     Telephone: (903) 236-9800
                                                     Facsimile: (903) 236-8787

                                                     ***ATTORNEYS FOR PLAINTIFF***
                                                     ***THINKTANK ONE RESEARCH, LLC***