# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| THINKTANK ONE RESEARCH, LLC, | § § | |
| *Plaintiff*, | § § | |
| vs. | § § § | |
| PROMARK INTERNATIONAL, INC., DOT LINE CORP., and THE CAMERA SHOP | § § § § | Case No. 2:15-cv-12 |
| *Defendants*. | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day came to be considered by the Court the Notice of Voluntary Dismissal Without Prejudice as to Defendants Promark International, Inc. and Dot Line Corp. ("Defendants").

It is hereby ORDERED that the claims asserted by Plaintiff against Defendants are dismissed without prejudice.

**SIGNED this 23rd day of July, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE